872

No. 284, Misc. ALEXANDER v. GREEN, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 287, Misc. KONVALIN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 290, Misc. PARLER v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 298, Misc. CHARLES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 299, Misc. BELTON v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for respondent.

No. 303, Misc. ABEL v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 304, Misc. SHIPP v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 308, Misc. VAZQUEZ v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan, H. Richard Uviller* and *Eric A. Seiff* for respondent.

No. 310, Misc. BERRY v. CHAGAS ET AL. C. A. 5th Cir. Certiorari denied. *Stephen L. Mayo* for petitioner. *Ernest May* for respondent Chagas.